DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**KENYATA SEMAJ MAJOR,**
Appellee.

No. 4D2023-1923

[May 15, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Louis H. Schiff, Judge; L.T. Case No. 22054782TC20A.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Senior Assistant Attorney General, West Palm Beach, for appellant.

Gordon Weekes, Public Defender, and Kelsey D. Moldof, Assistant Public Defender, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Mansueto v. State,* 148 So. 3d 813, 815 (Fla. 4th DCA 2014) ("Issues not properly raised in the lower tribunal are typically waived on appeal . . . .")

MAY, LEVINE and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***